## ASSIGNMENT OF RIGHTS

I**, Stacy J. Garris and Carole E. Garris,** hereby assign and convey to Genova & Malin any and all funds returned to me by the Chapter 13 Trustee, Jeffrey L. Sapir, Esq., upon the dismissal of my case for the purpose of the firm of Genova & Malin deducting from said refund any amounts due and owing to Genova & Malin for legal services and reimbursement of expenses performed or incurred on my behalf.

Accordingly, I hereby direct Jeffrey L. Sapir, Chapter 13 Trustee, to deliver said sums to Genova & Malin upon dismissal of my case.

The balance of the funds shall be refunded to me.

**Dated: June 22, 2011**

/s/ Stacy J. Garris
Stacy J. Garris


/s/ Carole E. Garris

**Carole E. Garris**