Aug 10, 2013.

RECEIVED
AUG 13 2013
U.S. BANKRUPTCY COURT
POUGHKEEPSIE, N.Y.

ATT: Judge C. Morris,

My husband Stacy and I applied for a Ch. 13 bank. a year & a half ago. Our Case # was 11-36799. Our Attorney was Andrea Malin. We are a bit confused about this process. We paid Andrea 3,500.00 as a retainer fee (cash). We did not finish the process of a modification and Ms Malin kept our 14,300.00 from the trustee & see Attached. To date our bills were never paid. Is this the normal process?

Sincerely

Chiala Sans
Stacy Garris.
H: 845-765-1809

RECEIVED
AUG 13 2013

Total paid to ATT.
17,775.17

# JEFFREY L. SAPIR
## Chapter 13 Standing Trustee

JEFFREY L. SAPIR  
JODY L. KAVA*  
*ADMITTED IN NY & CT

MICHELLE L. HORTON  
CASE MANAGER

HEATHER McCARTHY  
POUGHKEEPSIE CASE MANAGER

E-MAIL ADDRESS  
info@sapirch13tr.com

399 KNOLLWOOD ROAD  
SUITE 102  
WHITE PLAINS, NY 10603

(914) 328-6333

FACSIMILE NUMBER  
(914) 328-7299

May 3, 2013

Andrea B. Malin, Esq.  
1136 Route 9  
Wappingers Falls, New York 12590

Re: Stacy J. Garris and Carole E. Garris  
Case No. 11-B-36799  
Our File No. 75209

Dear Ms. Malin:

Enclosed herein please find a trustee's check No. 24657 in the sum of $14,275.17 is made payable to you, pursuant to a Court Order, in the above-referenced bankruptcy proceeding.

Very truly yours,

JEFFREY L. SAPIR  
By: Jody L. Kava

JLK:tam  
Enc.

cc: Mr. & Mrs. Garris  
334 Hudson Avenue  
Beacon, New York 12508

# JEFFREY L. SAPIR
## CHAPTER 13 STANDING TRUSTEE

JEFFREY L. SAPIR
JODY L. KAVA*
*ADMITTED IN NY & CT

MICHELLE L. HORTON
CASE MANAGER

HEATHER MCCARTHY
POUGHKEEPSIE CASE MANAGER

399 KNOLLWOOD ROAD
SUITE 102
WHITE PLAINS, NY 10603

(914) 328-6333
FAX (914) 328-7299
E-MAIL: INFO@SAPIRCH13TR.COM

PLEASE BE ADVISED, that the Office of Oversight through the Executive Office for the United States Trustee, has changed its policy commencing October 1, 2012, regarding percentage fees on receipts under 28 U.S.C. §586. As such, the Chapter 13 Standing trustee is now permitted to deduct fees in all cases that dismiss or convert pre-confirmation. The percentage fee at this time is 5.5%.

Very truly yours,

/s/ Jeffrey L. Sapir