**EXHIBIT A**

In re:     STACY J. GARRIS and
          CAROLE E. GARRIS,

                                              Case No. 11-
                                              Chapter 13

# DISCLOSURE OF COMPENSATION -- RULE 2016(b)

1. Pursuant to 11 U.S.C. §329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me at the time of filing of the debtor(s) case for the services in this case in the sum of $3,500.00 at the time of filing for services rendered or to be rendered on behalf of the debtor(s) in contemplation or in connection with the bankruptcy case at the time of filing, and an exucuted an Assignment to Genova & Malin of the Trustee payments upon dismissal to be applied to any additional fees incurred.    The debtor(s) has also paid $274.00 United States Bankruptcy Courts Filing Fee.

2. The Source of the compensation paid, or to be paid to me was the debtor.

3. The services rendered or to be rendered include the following:
   A. Analysis of the financial situation and rendering advice and assistance to the debtor in determining whether to file a petition under title 13 of the United States Code.
   B. Preparation and filing of the petition, schedules, statement of financial affairs, and other documents required by the court.
   C. Representation of the debtor at the meeting of creditors.

4. The source of payments to be made by the debtor to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for the services performed, and NONE OTHER.

5. The undersigned has not recieved any transfer, assignment, or pledge of property from debtor except the following for the value stated: NONE.

6. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

Date: June 22, 2011                 Signature: /s/ ANDREA B. MALIN
                                              ANDREA B. MALIN