UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

                              **CHAPTER 13**

STACY J. GARRIS and           **CASE NO. 11-36799 (CGM)**
CAROLE E. GARRIS,

                      Debtors.
---------------------------------------------------------X

**ORDER GRANTING APPLICATION FOR ALLOWANCE OF INTERIM/FINAL
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

        Upon consideration of Application for Allowance of Interim/Final Compensation and Reimbursement of Expenses (the "Application") for professional services rendered and expenses incurred during the period commencing June 23, 2010 through April 24, 2013; and a hearing having been held before this Court to consider the Application on September 17, 2013; and notice have been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor; it is hereby

        ORDERED, that the Application is granted to the extent set forth in schedule C; and it is further

ORDERED, that Genova & Malin may release the sum of FIVE THOUSAND ONE HUNDRED NINETY- SIX DOLLARS AND NINETY-EIGHT CENTS ($5,196.98) in its escrow account payable to Genova & Malin to be applied to the fee awarded herein.

**Dated: September 24, 2013**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Chief U.S. Bankruptcy Judge**