Case No.: 11-36799(CGM)          **Chapter 13 Fee Application**          Schedule C

**Case Name: Stacy J. Garris and Carole E. Garris**

**June 23, 2011 through April 24, 2013**

| (1) Applicant | (2) Initial Fee Charged | (3) Amount of Initial Fee Paid | (4) Amount of Initial Fee Filed as Administrative Claim | (5) Amount of Initial Expenses Collected | (6) Additional Fees Requested | (7) Additional Expenses Requested | (8) Amount of Additional Fee Awarded | (9) Amount of Additional Expenses Awarded |
|---|---|---|---|---|---|---|---|---|
| Genova & Malin | $3,500.00 | $3,500.00 | $0.00 | $274.00 (filing fee) | $5,992.50 (Less $5,157.50 held in escrow) | $184.26 | $5,992.50 | $166.66 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |